IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FILED/REC'D
2025 JUL 16 P 1:59
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 25 CR 070 WMC |
| TRAVIS L. INGRAM, | 21 U.S.C. § 841(a)(1) |
| | 21 U.S.C. § 853(a) |
| | 21 U.S.C. § 856 |
| Defendant. | |

THE GRAND JURY CHARGES:

COUNT 1

From on or about August 23, 2024, to on or about April 9, 2025, in the Western District of Wisconsin, the defendant,

TRAVIS L. INGRAM,

knowingly used and maintained a place, specifically, 583 Ring Road, Mosinee, Marathon County, Wisconsin, for the purpose of manufacturing, distributing, and using a controlled substance, specifically, cocaine, a Schedule II, controlled substance.

(In violation of Title 21, United States Code, Section 856(a)(1)).

COUNT 2

On or about August 23, 2024, in the Western District of Wisconsin, the defendant,

TRAVIS L. INGRAM,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation Title 21, United States Code, Section 841(a)(1)).

## COUNT 3

On or about August 30, 2024, in the Western District of Wisconsin, the defendant,

TRAVIS L. INGRAM,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation Title 21, United States Code, Section 841(a)(1)).

## COUNT 4

On or about February 19, 2025, in the Western District of Wisconsin, the defendant,

TRAVIS L. INGRAM,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation Title 21, United States Code, Section 841(a)(1)).

## COUNT 5

On or about March 6, 2025, in the Western District of Wisconsin, the defendant,

TRAVIS L. INGRAM,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation Title 21, United States Code, Section 841(a)(1)).

## COUNT 6

On or about April 9, 2025, in the Western District of Wisconsin, the defendant,

TRAVIS L. INGRAM,

knowingly and intentionally possessed with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

### FORFEITURE ALLEGATION

As result of the offenses charged in Counts 1 through 5 of the indictment, the defendant,

TRAVIS L. INGRAM,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), all right, title, and interest in any property constituting and derived from any proceeds, the defendant obtained directly or indirectly, as a result of said violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation, including but not limited to the following property: $1,880 in U.S. currency.

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 07-16-2025

_____
CHADWICK M. ELGERSMA
Acting United States Attorney