

JasLynn Murphy  Senior Forensic Chemist
Department of Justice  North Central Laboratory
Drug Enforcement Administration  Chicago, IL
Office of Forensic Sciences

## AREA OF EXPERTISE

**Forensic Discipline**
    Seized Drug Analysis

**Expert Testimony: Testified as expert witness 8 times**
    Federal Testimony United States vs. Fowler, [Case No: CR 24-10042], District of South Dakota (Aberdeen, SD), June 2025
    Federal Testimony United States vs. Hunt, Jr., [Case No: 22-CR-03071-01-S-MDH], Western District of Missouri (Springfield, MO), July 2024
    Federal Testimony United States vs. Fordham et al, [Case No: 21-20354], Eastern District of Michigan (Detroit, MI), November 2023
    Federal Testimony United States vs. Bigbee, [Case No: 21-CR-60 (JRT/BRT)], District of Minnesota (Minneapolis, MN), September 2023
    Federal Testimony United States vs. Goods, [Case No: 22-cr-17-SS-DLB-CJS], Eastern District of Kentucky (Covington, KY), December 2022
    Federal Testimony United States vs. Snowden, [Case No: 19-CR-40081-JPG], Southern District of Illinois (Benton, IL), April 2022
    Federal Testimony United States vs. Corey, [Case No: 20-CR-29-CJW], Northern District of Iowa (Cedar Rapids, IA), November 2020
    Federal Testimony United States vs. King, [Case No: 4-IP-2985651], Southern District of Indiana (Evansville, IN), October 2020

## PROFESSIONAL EXPERIENCE

**Drug Enforcement Administration**
*Senior Forensic Chemist, North Central Laboratory, (Chicago, IL), October 2021-Present*
*Forensic Chemist, North Central Laboratory, (Chicago, IL), October 2018-October 2021*

- Analyze evidence for the presence or absence of controlled substances
- Author laboratory reports describing the qualitative and quantitative procedures and tests performed and the conclusions from the completed tests
- Provide expert testimony in courts of law as needed
- More than 1300 exhibits analyzed
- Assisted with facilitating the certification of law enforcement personnel from various agencies in High Hazard (Level A) Illicit Hazardous Environment Laboratory practices and procedures
- Quality Assurance Team member: Peer reviewed casefiles and suggested technical review quality measures

*Forensic Chemist Class Counselor, Office of Training, (Quantico, VA), March 2024 – July 2024*

- Develop technical knowledge of 8 Basic Forensic Chemist Trainees with varying levels of education and experience
- Provide biweekly written and oral communication to monitor development of trainees; present progress updates to laboratory instructors and management

*Training*
    Advanced Chemistry Training: Theme of the Non-Routine, Virtual, 2025
    Advanced Chemistry Training: Methamphetamine Synthesis & Analysis, (Quantico, VA), 2024

- Illicit Hazardous Environment Advanced Specialist Course, (Quantico, VA), 2024
- Clandestine Laboratory High Hazard Level A Certification Course, (Quantico, VA), June 2022
- Agilent 5973/5975 GC/MS Operation with Chemstation, (Agilent Technologies Online Course), April 2020
- Virtual Internal Auditor Training, April 2020
- Virtual Lean Six Sigma Training, April 2020
- Basic Clandestine Laboratory Certification School, (Quantico, VA), September 2019
- Basic Forensic Chemist Course, (Quantico, VA), October 2018-February 2019

**Oak Ridge Institute for Science and Education**
*Research Fellow, US Food and Drug Administration, (St. Louis, MO), 2017-2018*

- Develop sample preparation procedures and ion mobility spectroscopy screening methods to analyze dietary supplements for the presence of adulterants

**National Science Foundation**
*Research Fellow, Georgetown University, (Washington, D.C.), 2013*

- Investigate the stereodynamics of a chiral sensing probe using variable temperature NMR for applications in pharmaceutical purity determinations

## EDUCATION AND CERTIFICATIONS

**Degree Program(s)**

Georgia Institute of Technology, (Atlanta, GA)

- M.S. in Chemistry, 2016

University of Tennessee at Chattanooga, (Chattanooga, TN)

- B.S. in Chemistry, Minor in Spanish, 2014

## PRESENTATIONS AND LECTURES

Poster Contributor, Surveillance of Opioid Products Using Ion Mobility Spectrometry, SciX (Atlanta, GA), 2018.