

Nicholas Beno, B.S.  
Department of Justice  
Drug Enforcement Administration  
Office of Forensic Science

Forensic Chemist  
North Central Laboratory  
Chicago, IL

# AREA OF EXPERTISE

**Forensic Discipline**
  Seized drug analysis

**Expert Testimony**
  Testified three times total

- United States v. Triplett (Detroit, MI) 9/13/24
- United States v. Bates (Fort Wayne, IN) 3/27/24
- United States v. Hecke (Fort Wayne, IN) 6/23/22

# PROFESSIONAL EXPERIENCE

### DRUG ENFORCEMENT ADMINISTRATION
*Forensic Chemist, North Central Laboratory (Chicago, IL), 2021 - Present*

- Conduct qualitative and quantitative chemical analyses on suspected controlled substance samples submitted for substance identification using modern analytical techniques and instrumentation such as gas chromatography-flame ionization detection (GC-FID), gas chromatography-mass spectrometry (GC-MS), Fourier transform infrared spectroscopy (FTIR) and ultraviolet-visible spectroscopy (UV-Vis).
- Author laboratory reports documenting the tests performed, procedures followed and results of analysis.
- Testify to results of analysis in legal proceedings.
- Analyzed approximately 800 laboratory exhibits.

*Training*

- Operation of Thermo Fisher Vanquish uHPLC/TSQ Fortis Plus Triple Quadrupole Mass Spectrometer (LC-MS-QQQ), (Chicago, IL), May 2024
- Direct Analysis in Real Time Mass Spectrometry (DART-MS) for Seized Drug Analysis – Forensic Technology Center of Excellence (Online), January 2024
- Midwestern Association of Forensic Scientists Annual Meeting (Detroit, MI), August 2023
- North Central Laboratory Transition Training, (Chicago, IL), February 2022 - April 2022
- DEA Basic Forensic Chemist Class #21, (Quantico, VA), September 2021 – February 2022

### NAVY DRUG SCREENING LABORATORY GREAT LAKES
*Chemist, Confirmation Department (Great Lakes, IL), 2019-2021*

- Assigned as lead Chemist responsible for day-to-day operations and upkeep of liquid chromatography-tandem mass spectrometry (LC-MS/MS) operations in the analysis of service member samples.
- Assisted in method development and validations of new analytical methods and automated extractions.
- Trained staff in basic operation, maintenance and data interpretation of new instrumentation and methods.

*Chemist, Quality Control Department (Great Lakes, IL), 2017-2019*

- Prepared and certified standards and controls for all presumptive and confirmation testing.

- Reviewed and reported results of analyses, assuring proper procedures were followed throughout the testing process.
- Prepared samples and materials for the testing and validation of new methods and instrumentation.

## EDUCATION AND CERTIFICATIONS

Loyola University Chicago (Chicago, IL)
- Bachelor of Science in Chemistry and Forensic Science (2015)

University of Illinois Chicago (Chicago, IL)
- Classes towards a Master of Science in Forensic Science (2015-2016)