

| Sarah Caceres, M.S. | Senior Forensic Chemist |
| --- | --- |
| Department of Justice | North Central Laboratory |
| Drug Enforcement Administration | Chicago, Illinois |
| Office of Forensic Science | |

# AREA OF EXPERTISE

**Forensic Discipline**

    Seized Drug Analysis

**Expert Testimony**

    *United States vs Joshua Fortson* (Akron, OH) 2023
    *United States vs Aaron Wallace* (East St. Louis, IL) 2023
    *United States vs Keith Jones, et al* (Indianapolis, IN), 2023
    *United States vs Medrano* (Indianapolis, IN), 2022

# PROFESSIONAL EXPERIENCE

**DRUG ENFORCEMENT ADMINISTRATION**
*Senior Forensic Chemist, North Central Laboratory, (Chicago, IL), January 2020-present*

- Qualitatively identify evidence for the presence or absence of controlled substances using Gas Chromatography (GC), Gas Chromatography-Mass Spectrometry (GC-MS), Fourier-Transform Infrared Spectroscopy (FTIR), Gas Chromatography-Infrared Detection (GC-IRD), Ultra Performance Liquid Chromatography (UPLC), Nuclear Magnetic Resonance (NMR), Capillary Electrophoresis (CE) and Liquid Chromatography-Mass Spectrometry (LCMS).
- Oversee and maintain UPLC, GC-MS and GC instruments.
- Provide quantitative information when requested.
- Produce accurate and concise reports on the findings.
- Provide expert testimony on casework.
- Analyzed over 1500 exhibits
- Trained Indiana state and county police on Fentanyl immunoassay tests for field use.
- Quality Assurance Committee member, review analysts casework for quality and policy compliance.
- Participated in the accreditation of the LARC laboratory in Phoenix, AZ.
- Serve as Training Officer, provide additional instruction to new forensic chemists; provided training for 5 forensic chemists.

*Training*

- Drug Enforcement Administration Basic Forensic Chemist Class #17, DEA Academy, (Quantico, VA), 2020

**OAKLAND COUNTY SHERIFF'S OFFICE- FORENSIC SCIENCE DIVISION**
*Forensic Chemist, (Pontiac, MI), 2016-2020*

- Qualitatively identified evidence for the presence or absence of controlled substances using Gas Chromatography (GC), Gas-Chromatography Mass Spectrometry (GC-MS), and Fourier-Transform Infrared Spectroscopy (FTIR).
- Qualitatively identified drugs/drug classes in urine using a AU680 Chemistry Analyzer (immunoassay).
- Provided expert testimony on casework.
- Calibrated all instruments for use, verified systems were suitable for casework.

- Prepared reagents, calibration standards and control samples to be used in analytical methods.
- Peer reviewed all work on a technical and administrative level, verified compliance with analytical procedures and accreditation.
- Prepared method transfers to be qualified using High Performance Liquid Chromatography (HPLC) for quantitative methods.
- Provided support in validating Blood Alcohol using GC-Headspace.

## PAR PHARMACEUTICALS
*Chemist, (Rochester, MI), 2013-2016*

- Identified and quantitated pharmaceuticals, primarily using HPLC.
- Peer data review, verified all procedures were followed and documented.
- Investigated deviations and prepared reports on the findings.
- Prepared Corrective Action Preventative Action reports for analysts and methods.
- Evaluated all methods and routed change controls for procedural updates.
- Method validations, validation of in-house standards,
- Trained analyst on HPLC and Coagulation instrumentation.
- Maintained logbooks on all controlled substances and reference standards.

*Training*

- Six Sigma, Root Cause Analysis, (Rochester, MI), 2015
- Six Sigma, Human Error, (Rochester, MI), 2015
- Waters, Ultra High Pressure Liquid Chromatography (UPLC) Tandem Mass Spectrometry

## FERNDALE LABORATORIES
*Chemist, (Ferndale, MI), 2012-2013*

- HPLC and GC analysis of pharmaceuticals.
- Maintained all instruments (HPLC, GC, FTIR, Viscometer, pH meters, balances)
- Prepared annual reports for the Food and Drug Administration.

# EDUCATION AND CERTIFICATIONS

**Degree Program(s)**

University of Detroit Mercy University of Detroit Mercy

- Master of Science (M.S.) Chemistry 2013

University of Detroit Mercy

- Bachelor of Science (B.S.) Biochemistry 2011

**Certification(s)**

Drug Enforcement Administration Basic Clandestine Laboratory Technician Course No. 85 (BTC 85), DEA Academy (Quantico, VA), 2022