```
                    Special Agent Daniel J. Diaz
```

Introduction

Special Agent (SA) Daniel Diaz is a 23 year law enforcement veteran currently assigned to the Federal Bureau of Investigation's Milwaukee Division, Wausau Resident Agency. Prior to becoming a Special Agent, SA Diaz served for 8 years as a City of Tempe, Arizona Police Officer working as a patrol officer, a bicycle officer and a rapid response team.

During his tenure as a law enforcement officer, SA Diaz has conducted and participated in numerous narcotics investigations which range from street level investigations to large scale multi states and international conspiracy investigations along with other experienced SAs and law enforcement personnel.  These investigations have involved debriefing defendants, witnesses, and informants, recruiting, and directing informants, conducting controlled purchases of narcotics, conducting surveillance, telephone toll analysis, applying for court orders authorizing wire interceptions, conducting wire intercept investigations, and applying for and executing state search warrants as well as executing federal search warrants in relation to narcotics trafficking.

SA Diaz is a graduate of Ottawa University, with the Bachelor's Degree in Police Science and Administration. SA Diaz also has an Associate's Degree in Law Enforcement Technology.

Law Enforcement Experience

| | |
|---|---|
| 11/2017 – Current | Special Agent<br>FBI Milwaukee Central Wisconsin Narcotics Task Force |
| 08/2010 – 11/2017 | Special Agent<br>FBI Los Angeles Division Central Coast Safe Streets Task Force |
| 11/2007 – 03/2010 | Police Officer<br>Tempe Police Department ACTION Team |
| 06/2007 – 11/2007 | Patrol Officer<br>Tempe Police Department |
| 06/2004 – 06/2007 | Patrol Officer<br>Downtown Bike Unit<br>Tempe Police Department |
| 02/2002 – 06/2004 | Patrol Officer<br>Tempe Police Department |

# Special Agent Daniel J. Diaz

<u>Special Police Training</u>

| | |
|---|---|
| 08/2024 | Wisconsin Narcotics Officers Association Training (40 hours) |
| 09/2018 | International Outlaw Motorcycle Gang Investigators Association Training (40 hours) |
| 08/2012 | FBI Criminal Investigative Division Stage II School (80 hours) |
| 08/2011 | California Gang Investigators Association Training (28 hours) |
| 03/2011 | Gangs of Santa Barbara County     (8 hours) |
| 03/2010 | FBI Special Agent Training Academy Quantico Virginia (21 weeks) |
| 06/2009 | Arizona Gang Investigator's Association Gang Training (24 hours) |
| 01/2009 | Gang Liaison Officer Program (7 hours) |
| 11/2008 | Street Crimes Program (24 hours) |
| 07/2008 | Anti-Terrorism Training (60 hours) |
| 06/2008 | Glock Armorer |
| 11/2007 | Arizona Post Firearms Instructor Certification (80 hours) |
| 09/2007 | Taser Instructor Certification (8 hours) |
| 06/2007 | Fraudulent Document Recognition Training (24 hours) |
| 05/2007 | Bullet Proof Mind Seminar |
| 04/2007 | Arizona gang Investigator's Association Gang Training (24 hours) |
| 04/2007 | Arizona POST certified General Instruction (2 hours) |
| 12/2006 | Terrorism Training for Law Enforcement (8 hours) |

# Special Agent Daniel J. Diaz

| | |
|---|---|
| 09/2006 | Multijurisdictional Counterdrug Task Force Training (8 hours) |

Specialized Training (Continued)

| | |
|---|---|
| 08/2006 | Advance Police Cyclist IPMBA (16 hours) |
| 05/2006 | Skinheads and Extremists (4 hours) |
| 05/2006 | Advanced Outlaw Motorcycle Gangs (4 hours) |
| 04/2006 | Arizona Gang Investigator's Association Gang Training (24 hours) |
| 03/2006 | IPMBA Bicycle Course (40 hours) |
| 05/2005 | Basic Law Enforcement Watercraft School (16 hours) |
| 05/2005 | Arizona Gang Investigator's Association Gang Training (24 hours) |
| 02/2005 | Arizona G.I.T.E.M Gang Training (24 hours) |
| 12/2004 | Comprehensive narcotics Investigation and Search warrants (4 hours) |
| 11/2004 | Street Survival Tactical Edge Seminar (24 hours) |
| 11/2004 | Basic First Responder Negotiations (2 hours) |
| 10/2004 | DUI Detection and Field Sobriety Tests (HGN Certification) (24 hours) |
| 10/2004 | Multijurisdictional Counter Drug Task Force Training – Analytical Investigative Techniques I (40 hours) |
| 09/2004 | The REID method of Criminal Interviews and Interrogations (24 hours) |
| 08/2004 | State and Local Anti-terrorism training (7.75 hours) |
| 01/2004 | The Bullet Proof Mind (16 hours) |
| 01/2004 | Street Crimes (24 hours) |

**Special Agent Daniel J. Diaz**

| | |
|---|---|
| 01/2004 | Arizona G.I.T.E.M Gang Training (16 hours) |

<u>Specialized Training</u> (Continued)

| | |
|---|---|
| 12/2003 | Knock and Talk Investigations (2 hours) |
| 11/2003 | Kinesic Interview and Interrogations (16 hours) |
| 10/2003 | Narcotic Identifications and Investigations (4 hours) |
| 02/2003 | Clandestine Methamphetamine Lab Awareness (2 hours) |
| 09/2001 | Arizona Law Enforcement Academy (16 weeks) |